**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  REESTABLISHMENT OF THE : NO. 474
MAGISTERIAL DISTRICTS WITHIN THE :
13th JUDICIAL DISTRICT OF THE : MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 11th day of May 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 13th Judicial District (Greene County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Greene County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 13-3-01 | Waynesburg Borough |
| Magisterial District Judge David C. Balint | Aleppo Township |
| | Center Township |
| | Freeport Township |
| | Gilmore Township |
| | Gray Township |
| | Jackson Township |
| | Morris Township |
| | Perry Township |
| | Richhill Township |
| | Springhill Township |
| | Washington Township |
| | Wayne Township |
| | Whiteley Township |

Magisterial District 13-3-02  
Magisterial District Judge D. Glenn Bates

Clarksville Borough  
Jefferson Borough  
Franklin Township  
Jefferson Township  
Morgan Township

Magisterial District 13-3-03  
Magisterial District Judge Leroy W. Watson

Carmichaels Borough  
Greensboro Borough  
Rices Landing Borough  
Cumberland Township  
Dunkard Township  
Greene Township  
Monongahela Township